| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>VW Credit Leasing, Ltd | **Order Filed on September 4, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Cynthia P. Horta,<br><br>Debtor. | Case No.: 18-23600 CMG<br>Adv. No.:<br>Hearing Date: 9/5/18 @ 10:00 a.m.<br><br>Judge: Christine M. Gravelle |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: September 4, 2018**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

Page 2
Debtors:     Cynthia P. Horta
Case No.:    18-23600 CMG
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Leasing, Ltd, holder of a mortgage on property known as 2017 VOLKSWAGEN JETTA SEDAN, VIN: 3VW2B7AJ6HM254403, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Bruce Atkinson, Esquire, attorney for Debtor, Cynthia P. Horta, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the Debtor hereby assumes this lease; and

It **ORDERED, ADJUDGED and DECREED** that the lease shall be unaffected by the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.