Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−23600−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cynthia P Horta
   34 Bryce Canyon Road
   Howell, NJ 07731

Social Security No.:
   xxx−xx−3492

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 27, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 33 − 30
Order Granting Notice of Request for Loss Mitigation(Related Doc # 30). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/27/2018. (dmi)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 27, 2018
JAN: dmi

                                                                                   Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Cynthia P Horta  
      Debtor

Case No. 18-23600-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 27, 2018  
                    Form ID: orderntc    Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
lm         BANK OF AMERICA, N.A. P.O BOX 31785 TAMPA, FL 3363  
                                              TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:  
      Albert   Russo   docs@russotrustee.com  
      Bunce   Atkinson   on behalf of Debtor Cynthia P Horta bunceatkinson@aol.com  
      Denise E. Carlon   on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Rebecca Ann Solarz   on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
      William M.E. Powers   on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com  
      William M.E. Powers, III   on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com  
                                                                                    TOTAL: 7