UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Atkinson & DeBartolo, P.C.
The Galleria, 2 Bridge Avenue
3rd Floor, Suite 231
P.O. Box 8415
Red Bank, NJ 07701
(732) 530-5300 fax (732) 530-9877
BA9186

**Order Filed on July 31, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CYNTHIA P. HORTA,

Debtor-In-Possession.

Case No.: 18-23600

Chapter: 13

Judge: CMG

## ORDER AUTHORIZING RETENTION OF

Michael Laico - Re/Max 1st Advantage

The relief set forth on the following page is **ORDERED**.

**DATED: July 31, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain __Michael Laico, Re/Max 1st Advantage__ as _____real estate broker_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   170 Inman Avenue
   Colonia, New Jersey 07067

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Cynthia P Horta
    Debtor

Case No. 18-23600-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 31, 2019
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
db    +Cynthia P Horta,   34 Bryce Canyon Road,   Howell, NJ 07731-9050

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
    Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com
    Albert Russo   docs@russotrustee.com
    Bunce Atkinson   on behalf of Plaintiff Cynthia P Horta bunceatkinson@aol.com
    Bunce Atkinson   on behalf of Debtor Cynthia P Horta bunceatkinson@aol.com
    Denise E. Carlon   on behalf of Creditor VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Jason Brett Schwartz   on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com
    Rebecca Ann Solarz   on behalf of Creditor VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
    William M.E. Powers   on behalf of Creditor Bank of America, N.A. ecf@powerskirn.com
    William M.E. Powers, III   on behalf of Creditor Bank of America, N.A. ecf@powerskirn.com
    TOTAL: 10