UNITED STATES BANKRUPTCY
COURT
DISTRICT OF NEW JERSEY

---

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**In Re:**

**CYNTHIA P. HORTA,**

                    **Debtor**

**Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-23600-CMG

Judge: Christine M. Gravelle

## CONSENT ORDER MODIFYING STAY AS TO MOTOR VEHICLE
## 2014 FORD TRUCK ESCAPE-4 CYL. UTILITY 4D TITANIUM ECOBO

The relief set forth on the following pages, number two (2) through four (4) is hereby

**ORDERED.**

**DATED: September 11, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

2
Debtor:              Cynthia P. Horta
Case No.:            18-23600-CMG
Caption of Order:    Consent Order Modifying Stay as To Personal Property

1.     The 11 U.S.C. § 362(a) Stay as to Capital One Auto Finance, a division of Capital One,

N.A., its successors and/or assigns ("Movant"), with respect to the personal property of the Debtor

described as a 2014 FORD TRUCK Escape-4 Cyl. Utility 4D Titanium EcoBo, V.I.N.

1FMCU9J91EUB11476, in accordance with the agreement of the Debtor and Movant, is hereby

modified and shall remain in effect PROVIDED THAT Debtor complies with the following terms

and conditions:

(a) To cure the remaining post-petition arrearage currently ripe, due and owing to Movant, Debtor

agrees to:

(i) To cure the remaining post-petition arrearage currently ripe, due and owing to Movant,

Debtor will make payments to Movant as follow:

| DATE PAYMENT DUE | ADEQUATE ASSURANCE PAYMENT | ARREARS | TOTAL |
|---|---|---|---|
| Immediately | $0.00 | $458.53 | $458.53 |
| 09/01/19 | $458.53 | $382.11 | $840.64 |
| 10/01/19 | $458.53 | $382.11 | $840.64 |
| 11/01/19 | $458.53 | $382.11 | $840.64 |
| 12/01/19 | $458.53 | $382.11 | $840.64 |
| 01/01/20 | $458.53 | $382.11 | $840.64 |
| 02/01/20 | $458.53 | $382.10 | $840.63 |
| Total | $2,751.18 | $2,751.18 | $5,502.36 |

; and

(b)    Debtor will resume making all future regular monthly installment payments of $458.53

(subject to changes for taxes, insurance costs and late fees, if any) beginning on March 1, 2020;

3

Debtor:                Cynthia P. Horta
Case No.:              18-23600-CMG
Caption of Order:      Consent Order Modifying Stay as To Personal Property

Debtor will timely make each payment in accordance with the terms and conditions of the loan

document between Debtor and Movant.

2.      Debtor will remain current on all payments ripe, due and owing under the terms of the

Chapter 13 Plan.  Debtor will pay Movant as an administrative expense through the Chapter 13

Plan the sum of $306.00 for attorney's fees and costs.

3.      The term "payment" as set forth in Paragraph 1, *supra*, does not include a check that is

returned due to insufficient funds, account closed or is otherwise not capable of negotiation for any

other reason.

4.      Debtor will be in default under the Consent Order in the event that Debtor fails to comply

with the payment terms and conditions set forth in Paragraph 1, *supra*. If Debtor fails to cure the

default within thirty (30) days from the date of default, Movant may apply on five days' notice to

Debtor and counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay

imposed under 11 U.S.C. § 362(a) and permitting Movant to exercise any rights under the loan

documents with respect to the motor vehicle including, but not limited to, initiating and completing

a sale of the motor vehicle without regard to any future conversion of this matter to a different form

of bankruptcy.

5.      In the event Debtor converts to a bankruptcy under any Chapter other than Chapter 13 of

the Bankruptcy Code, then Debtor shall pay all pre-petition arrears and post-petition arrears due

and owing within fifteen (15) days from the date the case is converted from Chapter 13 to any other

Chapter. If Debtor fails to make payments in accordance with this paragraph, then Movant, through

4
Debtor:            Cynthia P. Horta
Case No.:          18-23600-CMG
Caption of Order:  Consent Order Modifying Stay as To Personal Property

counsel, may file a Certification of Default setting forth said failure and Movant shall be granted

immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11

U.S.C. § 362) and the Movant is then permitted to exercise any rights under the loan documents

with respect to the motor vehicle including, but not limited to, initiating and completing a sale of

the motor vehicle.

6.      Debtor may default and cure the default under the Consent Order one (1) time. If Debtor

defaults a second (2nd) time, Movant may serve a notice of default in accordance with

Paragraph 4, *supra*, but Debtor will not be granted an opportunity to cure the default.

7.      The failure of Movant to issue a notice of default will not be construed or act as a waiver

of any of the rights of Movant under the Consent Order.

8.      Debtor waives the fourteen (14) day stay provided under Rule 4001(a)(3), F.R.B.P.


**We hereby consent to the form and entry of the foregoing Order.**


Bunce Atkinson, Esquire
Atkinson & DeBartolo
2 Bridge Ave., PO Box 8415
Bldg. 2 3rd Floor
Red Bank, NJ 07701
Attorney for Debtor

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race St.
Philadelphia, PA 19107
Attorney for Capital One Auto
Finance, a division of Capital One,
N.A.