Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

> Case No.: 18−23600−CMG  
> Chapter: 13  
> Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cynthia P Horta
   34 Bryce Canyon Road
   Howell, NJ 07731

Social Security No.:
   xxx−xx−3492

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     2/5/20  
Time:     12:00 PM  
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)  
Bunce Atkinson, Debtor's Attorney

COMMISSION OR FEES  
Fees: $20,613.00

EXPENSES  
$1,037.10

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 6, 2020
JAN:

                                                          Jeanne Naughton
                                                          Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 18-23600-CMG
Cynthia P Horta                                                     Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 2            Date Rcvd: Jan 06, 2020
                              Form ID: 137               Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2020.
db             #+Cynthia P Horta,    34 Bryce Canyon Road,    Howell, NJ 07731-9050
r              +Michael Laico,    Re/Max 1st Advantage,    170 Inman Avenue,    Colonia, NJ 07067-1822
517632113       Alfred Horta,    210 B Eatoncrest Dr. Bld. 19,    Eatontown, NJ 07724
517632115       Bank of America,    POB 15227,    Wilmington, DE 19886-5227
517752186       Bank of America, N.A.,    Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
517632117      +Capital One, NA,    PO Box 21887,    Saint Paul, MN 55121-0887
518017662      +GE Money Bank,    4246 S. Riverboat Road-Ste. 200,    Salt Lake City, UT 84123-2582
517632120      +Sarah E. Powers, Esq.,    Powers Kirn, LLC,    728 Marne Hgwy-Ste. 200,
                 Moorestown, NJ 08057-3128
517632122      +VW Credit Inc,    POB 9013,    Addison, TX 75001-9013
517674408      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 06 2020 23:24:07     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 06 2020 23:24:04     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517632116      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 06 2020 23:33:35
                 Capital One Auto Finance,    PO Box 259407,   Plano, TX 75025-9407
517665411      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 06 2020 23:32:17
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
517645565      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 06 2020 23:32:17
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517632118      +E-mail/Text: electronicbkydocs@nelnet.net Jan 06 2020 23:24:10     Dept of ED/Nelnet,
                 3015 Parker Road-Ste. 400,    Aurora, CO 80014-2904
517632119       E-mail/Text: cio.bncmail@irs.gov Jan 06 2020 23:23:31     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517750544       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 06 2020 23:32:18
                 Portfolio Recovery Associates, LLC,    c/o Synchrony Bank,    POB 41067,   Norfolk VA 23541
517633097      +E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2020 23:34:41     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517632121       E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2020 23:32:07     Synchrony Bank/Care Credit,
                 PO Box 956036,    Orlando, FL 32896-5036
517658616      +E-mail/Text: electronicbkydocs@nelnet.net Jan 06 2020 23:24:10
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm              BANK OF AMERICA, N.A. P.O BOX 31785 TAMPA, FL 3363
517632114*      Alfred Horta,   210 B Eatoncrest Dr. Bld. 19,    Eatontown, NJ 07724
                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jan 06, 2020
                              Form ID: 137             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2020 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Bunce   Atkinson    on behalf of Plaintiff Cynthia P Horta bunceatkinson@aol.com
              Bunce   Atkinson    on behalf of Debtor Cynthia P Horta bunceatkinson@aol.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                                 TOTAL: 10
```