UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Atkinson & DeBartolo, P.C.
Post Office Box 8415
2 Bridge Avenue, The Galleria
Red Bank, New Jersey 07701
(732) 530-5300; fax (732) 530-9877
BA9186
Attorney for Debtor

Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Cynthia Horta,

Debtor

| | |
|---|---|
| Case No.: | 18-23600 |
| Hearing Date: | 02/05/20 @12:00 p.m. |
| Judge: | Christine M. Gravelle |
| Chapter: | 13 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 6, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Atkinson & DeBartolo, P.C.<br>Debtor's Attorney | $20,613.00 | $1,037.10 |

*rev.8/1/15*